IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHIRLEY BOHANNON-HINGSTON,

    Plaintiff,                          No. CIV S-11-0776 FCD EFB

    vs.

THE BRACHFELD LAW GROUP,

    Defendant.                       <u>ORDER</u>

      /

On June 22, 2011, the court heard plaintiff's motion to compel defendant to supplement its initial disclosures and for sanctions, and defendant's counter-request for sanctions. Dckt. Nos. 8, 13. Attorney Robert Gimblin appeared at the hearing on behalf of plaintiff and attorney David Jung appeared on behalf of defendant. As authorized at the hearing, on June 24, 2011, defendant filed a declaration in support of sanctions for attorney's fees and/or reasonable travel expenses. Dckt. No. 16. However, as stated on the record, and for the reasons stated on the record, plaintiff's motion to compel and both parties' requests for sanctions are denied.

    SO ORDERED.

DATED: June 27, 2011.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE