**Attorney Debt Reset, Inc.**
Jeremy G. Winter, SBN 245631
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsimile: 916-446-1742

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY BOHANNON-HINGSTON,<br><br><br>Plaintiff(s),<br><br>v.<br><br><br>THE BRACHFELD LAW GROUP, A<br><br>PROFESSIONAL CORPORATION<br><br>Defendant(s). | **Case No. 11-cv-00776-FCD-EFB**<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION;ORDER**<br><br>Judge:  Kimberly J. Mueller |

## NOTICE OF SETTLEMENT

Plaintiff SHIRLEY BOHANNON-HINGSTON, and Defendant THE BRACHFELD LAW GROUP, (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.  The Parties hereby request that the Court vacate all pending due dates and hearings and retain

jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement.  It is estimated that Defendant will fully perform its duties on or around May 12th, 2012.  Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Defendant will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

**Respectfully Submitted,**

Dated:  February 20, 2012

By:/s/ Jeremy G. Winter

Jeremy G. Winter/**Attorney for**:

Shirley Bohannon-Hingston/Plaintiff

Dated:  February 20, 2012

By:/s/ Jonathon W. Birdt

Jonathon W. Birdt/**Attorney for**:

Brachfeld Law Group/Defendant

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for one hundred and twenty days time to allow for Defendant to fulfill its duties under the settlement agreement.

**IT IS SO ORDERED.**

DATED:  March 8, 2012.

UNITED STATES DISTRICT JUDGE